#### UNITED STATES DISTRICT COURT
#### WESTERN DISTRICT OF LOUISIANA
#### LAKE CHARLES DIVISION

| | |
|---|---|
| **KERRY SALAS DE LA MIYA** | **DOCKET NO. 23-cv-01737** |
| **D.O.C. # 1550200** | **SECTION P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **DIVISION JUDGES 14TH JDC, ET AL.** | **MAGISTRATE JUDGE LEBLANC** |

#### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that De La Miya's Motions for Temporary Restraining Order [docs. 16, 17] be **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Division Judges of the 14th Judicial District Courts and the Calcasieu Correctional Center be **DISMISSED** as parties to this suit.

**THUS DONE AND SIGNED** in chambers this 20th day of March, 2024.

JAMES D. CAIN, JR.
**UNITED STATES DISTRICT JUDGE**