UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**KERRY SALAS DE LA MIYA #1550200**  **CASE NO.  2:23-CV-01737 SEC P**

**VERSUS**  **JUDGE JAMES D. CAIN, JR.**

**DIVISION JUDGES 14TH JUDICIAL DISTRICT COURTS ET AL**  **MAGISTRATE JUDGE LEBLANC**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the claims raised against the following defendants be **DISMISSED WITH PREJUDICE** because the plaintiff fails to state a claim for which relief can be granted: (1) Joe Williams; (2) Ms. Romero; (3) Judge Canaday; (4) Tomeka Guillory; (5) Stitch Guillory; and (6) Lynn Jones II.

**IT IS FURTHER ORDERED, ADJUDGED,** and **DECREED** that all other claims in this matter be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e)(2) **except** for the following: (1) plaintiff's claim of sexual assault against Deputy Montu; (2) plaintiff's claim of retaliation; (3) plaintiff's claim of denied medical care after the sexual assault; (4) plaintiff's claim that he is being denied his religious freedom; and (5) plaintiff's claims regarding the conditions of confinement at Calcasieu Correctional Center. These claims are the subject of a separate memorandum order [doc. 43] issued by

the magistrate judge and may be viable if plaintiff can amend his complaint to address the deficiencies described therein.

    **THUS DONE AND SIGNED** in Chambers on the 25th day of July, 2024.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE