UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **KERRY SALAS DE LA MIYA** | **DOCKET NO. 2:23-cv-01737** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **DIVISION JUDGES 14TH JDC, ET AL.** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** de la Miya's complaint be **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of FRCP Rule 41(b).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all pending motions be DENIED as MOOT.

**THUS DONE AND SIGNED** in Chambers on the 8th day of January, 2025.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE