**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**KERRY SALAS DE LA MIYA #1550200**          **CASE NO.  2:23-CV-01737 SEC P**

**VERSUS**                                   **JUDGE JAMES D. CAIN, JR.**

**DIVISION JUDGES 14TH JUDICIAL**            **MAGISTRATE JUDGE LEBLANC**
**DISTRICT COURTS ET AL**


**MEMORANDUM ORDER**

Before the court is a Motion to Reconsider [doc. 67] filed by plaintiff Kerry Salas de la Miya, in response to the court's Memorandum Order [doc. 65] denying his Motion to Reopen/Reinstate Case. Plaintiff, whose pro se civil rights suit was dismissed by the court in January 2025, argues that he was only released from custody in June 2025 and that prison officials impeded his efforts to conduct discovery, including by threatening him with additional jail time. Nevertheless, he fails to excuse the fact that he waited another year to attempt to reopen his case. As the court previously stated, a motion for relief from judgment must be made "within a reasonable time" unless good cause can be shown for the delay. *In re Osborne*, 379 F.3d 277, 283 (5th Cir. 2004) (quoting *Pryor v. U.S. Postal Svc.*, 769 F.2d 281, 287–88 (5th Cir. 1985)). Even if the court accepts his unverified allegations as true, the undersigned does not view this as sufficient cause to delay several more months before seeking to reopen the case. Accordingly, the Motion [doc. 67] is hereby **DENIED**.

**THUS DONE AND SIGNED** in Chambers on the 25th day of June, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**